Oscar Patrick, Plaintiff-Appellant, v. Burgess Norton Mfg. Co., a Corporation, Defendant-Appellee.

Gen. No. 64–87.

Second District.

March 26, 1965.

Norman Peters and John G. Phillips, of Chicago (Sidney Z. Karasik, of counsel), for appellant; Gates W. Clancy, of Geneva (Wendell W. Clancy, of counsel), for appellee. Opinion by JUSTICE MORAN. Not to be published in full.